USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___3/18/2026___

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

H.P.C.,

                         Petitioner,

              -against-

PAUL ARTETA, et al.,

                       Respondents.

26-CV-02202 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

On March 17, 2026, a petition for a Writ of Habeas Corpus ("Petition") was filed pursuant to 28 U.S.C. § 2241 on behalf of H.P.C. ("Petitioner"). Dkt. No. 1. Upon consideration of the Petition, IT IS HEREBY ORDERED that:

1. Respondents show cause why the Petition should not be granted by **April 3, 2026**.

2. Petitioner have an opportunity to reply by **April 10, 2026**.

3. To ensure that the Petition can be fairly adjudicated and Petitioner has access to his counsel and can assist in pursuing his constitutional rights, Respondents are ENJOINED from transferring the Petitioner outside the Southern District of New York, Eastern District of New York, or the District of New Jersey; or, relatedly, removing him from the United States, until the Petition has been granted or denied by this Court.

By **March 23, 2026**, Petitioner's counsel is directed (1) to serve Respondents with a copy of the Petition, along with a copy of this Order, by overnight mail or hand-delivery to the United States Attorney's Office for the Southern District of New York at 86 Chambers Street, New York, NY, and by electronic delivery to jeffrey.oestericher@usdoj.gov and brandon.waterman@usdoj.gov; and (2) to promptly file proof of such service on the docket.

It is further ORDERED that Petitioner's motion for leave to proceed under the pseudonym "H.P.C." and file certain exhibits under seal (Dkt. No. 3) is GRANTED. It is further ORDERED that references to Petitioner's identity be redacted from filings, orders, and opinions that implicate Petitioner's safety and privacy interests.

Counsel for Respondents shall promptly enter notices of appearance.

The Clerk of Court is respectfully directed to terminate Dkt. No. 3.

Dated: March 18, 2026
New York, New York

SO ORDERED.

_____
MARGARET M. GARNETT
United States District Judge

2